No. 378. GRANT, DOING BUSINESS AS NO SLEET WIND-SHIELD HEATER CO., *v.* GENERAL MOTORS CORP. ET AL. On petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit. October 14, 1946. On consideration of the suggestions of a diminution of the records and motions for writs of certiorari in that relation, the motions for certiorari are denied. The petitions for writs of certiorari are also denied. *Erle Pettus, Sr.* for petitioner in No. 289. Petitioner *pro se* in No. 378. *James A. Simpson* for respondents in No. 289. *Drury W. Cooper, Louis Quarles* and *David A. Fox* for respondents in No. 378. Reported below: No. 289, 247 Ala. 591, 25 So. 2d 409.

No. 297. RUSSELL BOX CO. *v.* GRANT PAPER BOX CO. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Herbert A. Baker* and *George P. Dike* for petitioner. *Hector M. Holmes* for respondent. *O. Walker Taylor* filed a brief for Ensign Bickford Co., as *amicus curiae*, in support of the petition.

No. 301. GARCIA ET AL., EXECUTORS, ET AL. *v.* PAN AMERICAN AIRWAYS, INC. ET AL. October 14, 1946. The petition for writ of certiorari to the Court of Appeals of New York is denied for the want of a final judgment. *T. Catesby Jones* and *Francis X. Nestor* for petitioners. *Donald Havens* for respondents.

No. 266. DOAK *v.* FEDERAL LAND BANK OF BALTIMORE. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied.